IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>　　　　Plaintiff,<br>vs.<br><br>LAWRENCE HILL,<br>　　　　Defendant. | )<br>)<br>)　No. 3:20-CV-1391-M-BH<br>)<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The defendant's objections, received on July 7, 2020 (doc. 29), are unsupported by any legal or factual basis, and they are **OVERRULED** as frivolous.

In addition, the Court finds that the defendant's *Motion for Injunctive Relief*, received on June 25, 2020 (doc. 25), which seeks only to have this action proceed in federal court, is likewise unsupported and frivolous, and it is **DENIED**.  For the same reasons, *Claimant's Motion for Leave of Court to File Action and Motion and Notice of Motion for Clarification*, received on July 7, 2020 (doc. 28), which also seeks to have this action proceed in federal court and merely reasserts in conclusory fashion the defendant's original alleged basis for removal, and is also **DENIED**.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this case will be **REMANDED** to the state court *sua sponte*, and additional sanctions will be imposed on the defendant.

SIGNED this 13th day of July, 2020.

                                                _____
                                                BARBARA M. G. LYNN
                                                CHIEF JUDGE