IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS,       ) | |
|     Plaintiff,       ) | |
| vs.       ) | No. 3:20-CV-1391-M-BH |
|       ) | |
| LAWRENCE HILL,       ) | |
|     Defendant.       ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

To the extent that *Your claimant's notice of appeal/removal, trial de novo*, received July 23, 2020 (doc. 41), is intended to seek relief in this court from the judgment entered on July 13, 2020 (doc. 35), it is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **DENIED**.

SIGNED this 18th day of August, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE